**Johannah Speiser, executrix of the last will and testament of William Speiser, deceased, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant.**

Action to recover for wrongful death, caused by being struck by train at railroad crossing. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 9, 1919. *Certiorari* denied by Supreme Court (making opinion final).

George B. and George M. Gillespie, for appellant; Frank L. Littleton and Vause & Kiger, of counsel. James A. Merry, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

# FOURTH DISTRICT.

---

**M. Sternberger, appellee, v. Clemouth January and Metropolitan Life Insurance Company, garnishee, appellants.**

Appeal from the City Court of East St. Louis; the Hon. H. L. Browning, Judge, presiding. Heard in this court at the October term, 1918. Affirmed for failure of appellants to file an abstract. Opinion filed April 12, 1919. Rehearing denied June 6, 1919.

William P. Launtz, for appellants. T. M. Webb, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Andrew Letz, appellee, v. Kolb Coal Company, appellant.**

Action to recover for personal injuries to miner. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1919. Reversed with finding of facts. Opinion filed June 6, 1919. *Certiorari* denied by Supreme Court (making opinion final).

William E. Wheeler, for appellant. Barthel, Farmer & Klingel, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.